UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BETTY JONES                                                                    PLAINTIFF

  VERSUS                                               CIVIL ACTION NO. 1:16CV271-RHW

CAROLYN W. COLVIN
Acting Commissioner of Social Security                                         DEFENDANT

## FINAL JUDGMENT

In accordance with the requirement for a separate document pursuant to Fed. R. Civ. P. 58, and based on the reasons set forth in the Memorandum and Opinion entered by the Court this date, the Court hereby enters its Final Judgment affirming the decision of the Commissioner of Social Security in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 6th day of September, 2017.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE